1  Scottlynn J Hubbard, SBN 212970
2  **Disabled Advocacy Group, APLC**
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
5  Email: usdcso@hubslaw.com
6
7  Attorneys for Plaintiff Dorothy White
8

United States District Court
Southern District of California

| Dorothy White, | Case No. 3:17-cv-00102-DMS-MDD |
|---|---|
| Plaintiff, | |
| v. | **Joint Motion for Dismissal** |
| Gung Poe LLC, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

    IT IS HEREBY JOINTLY REQUESTED, by plaintiff Dorothy White and defendant Gung Poe LLC, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear its own respective attorneys' fees and costs.

Dated: September 20, 2017    Disabled Advocacy Group, APLC

                                    */s/ Scottlynn J Hubbard    /*
                                    Scottlynn J Hubbard
                                    Attorneys for Plaintiff Dorothy White

Dated: September 20, 2017    Procopio, Cory, Hargreaves &
                                        & Savitch LLP

                                    */s/ Stephenie Alexander    /*
                                    Stephenie Alexander
                                    Attorneys for Defendant Gung Poe LLC

## Signature Certification

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Stephenie Alexander, counsel for defendant, and that I have obtained Ms. Alexander's authorization to affix her electronic signature to this document.

                                    */s/ Scottlynn J Hubbard*
                                    Scottlynn J Hubbard