United States District Court
Southern District Of California

| | |
|---|---|
| Dorothy White, | Case No. 3:17-cv-00102-DMS-MDD |
| Plaintiff, | |
| v. | **Order re: Joint Motion for Dismissal** |
| Gung Poe, LLC, | |
| Defendants. | |

Upon consideration of the Joint Motion for Dismissal submitted by plaintiff Dorothy White and defendant Gung Poe, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties, each party to bear its own respective attorneys' fees and costs.

Dated: September 20, 2017

_____
Hon. Dana M. Sabraw
United States District Judge

*White v. Gung Poe LLC*                                   Case No. 3:17-cv-00102-DMS-MDD
Order re: Joint Motion for Dismissal
Page 1